# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Ameen Abdullah Muhammad, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    1:19-cv-00160-DCC |
| General Sessions; Hannah P. Marsh; Bethany | ) | |
| Homan, | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Ameen Abdullah Muhammad, shall take nothing of the respondents, General Sessions, Hannah P. Marsh and Bethany Homan, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, agreeing with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the petition.

Date:  May 13, 2019                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker
                                                             _____
                                                                    *Signature of Clerk or Deputy Clerk*